**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: A.M.P., A MINOR : No. 514 EAL 2017

:

: Petition for Allowance of Appeal from

PETITION OF: P.H., FATHER : the Order of the Superior Court

:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.